# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-00096-RJC-DSC

| | |
|---|---|
| **DIRECTV LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MICHAEL KNUDSEN et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion for Special Admission and Affidavit [for Todd C. Werts]" (document #3) filed June 18, 2019. This matter involves an unopposed petition for confirmation of an arbitration award. For that reason and the other reasons set forth therein, the Motion will be <u>granted</u>.

<u>Defendants are cautioned that should their counsel's forecast "that minimal action will be needed from the Court or the Parties in this litigation" not prove accurate, they will be required to retain local counsel</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: June 21, 2019

David S. Cayer
United States Magistrate Judge