UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00096-RJC-DSC

| | |
|---|---|
| DIRECTV, LLC | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| MICHAEL KNUDSEN and RYAN WRENN, | ) |
| Respondents. | ) |

**THIS MATTER** comes before the Court on Petitioner's Unopposed Petition for Confirmation and Enforcement of Arbitration Awards and for Entry of Final Order and Judgment, (Doc. No. 1: "The Petition").

The Court has considered the Petition and accompanying papers. Pursuant to 9 U.S.C. §§ 9 and 13, Petitioner has requested that the Court enter as the Final Order and Judgment arbitrator's awards granting final approval of two related Fair Labor Standards Act settlements. Having considered the Petition and all documents filed therewith, the Court hereby **GRANTS** the Petition and enters as a final order and judgment the attached arbitration awards, which represent fair and reasonable resolutions of contested litigation involving *bona fide* disputes.

SO ORDERED.

Signed: June 30, 2019

Robert J. Conrad, Jr.
United States District Judge